1
2
3
4
5
6
7
8

9          **UNITED STATES DISTRICT COURT**

10          **SOUTHERN DISTRICT OF CALIFORNIA**

11

12  CAREY LOWE, individually and on          Case No.: 3:23-cv-01657-H-BLM
    behalf of all others similarly situated,
13
                                 Plaintiff,    **ORDER GRANTING JOINT**
14                                             **MOTION FOR EXTENSION OF**
    v.                                         **TIME TO FILE AND RESPOND TO**
15                                             **AMENDED COMPLAINT AND FOR**
    TANDEM DIABETES CARE INC.,                 **BRIEFING SCHEDULE**
16  JOHN F. SHERIDAN, BRIAN B.
    HANSEN, AND LEIGH A.                       [Doc. No. 10.]
17  VOSSELLER,
18
                                Defendants.
19

20          On September 8, 2023, Plaintiff Carey Lowe filed a putative securities class action

21  complaint against Defendants Tandem Diabetes Care, Inc., John F. Sheridan, Brian B.

22  Hansen, and Leigh A. Vosseller (collectively, "Defendants").  (Doc. No. 1.)

23          On December 6, 2023, the Court appointed Mason Raines, Thomas O. Martel, and

24  Linna Rae Martel ("Co-Lead Plaintiffs" and together with Defendants, the "Parties") to

25  serve as co-lead plaintiffs and approved their respective selections of counsel as co-lead

26  counsel. (Doc. No. 8.)  That same day, the Court granted Defendants a thirty-day extension

27  to respond to the initial complaint or any amended complaint Co-Lead Plaintiffs may file.

28  (Doc. No. 9.)  Currently, Defendants' answer or responsive pleading is due on or before

1   January 5, 2024. (Id.)

2       On December 11, 2023, the Parties filed a joint motion requesting an extension of

3   the deadline for Co-Lead Plaintiffs to file a first amended complaint ("FAC") and for

4   Defendants to respond to the FAC.  (Doc. No. 10.)  The Parties also requested a briefing

5   schedule regarding Defendants' anticipated motion to dismiss or other responsive pleading

6   (the "anticipated motion").  (Id.)  The Parties' desired deadlines for filing and responding

7   to the FAC and the requested timeline for briefing the anticipated motion spans the next

8   eight months and significantly extends the deadlines set by the Federal Rules of Civil

9   Procedure.  (Id.)  While the Court has discretion to extend deadlines for good cause, the

10  Court must construe the Federal Rules "to secure the just, speedy, and inexpensive

11  determination of every action."  Fed. R. Civ. Pro. 1.  Considering this mandate and the

12  Parties' joint motion, the Court grants the joint motion and ORDERS as follows:

13      1. Co-Lead Plaintiffs must file their FAC on or before **February 5, 2024**.  Defendants

14         have no obligation to respond to the initial complaint.

15      2. Defendants must respond to the FAC on or before **March 6, 2024**.

16      3. Should Defendants file the anticipated motion, Co-Lead Plaintiffs must respond to

17         the motion on or before **March 27, 2024**.

18      4. Should Defendants file the anticipated motion, Defendants must file a reply in

19         support of their motion on or before **April 10, 2024**.

20      5. Should Defendants file the anticipated motion, the Court will hold a hearing on the

21         motion on **April 22, 2024 at 10:30 a.m. Pacific Time**.

22      **IT IS SO ORDERED.**

23  DATED: December 12, 2023

24      MARILYN L. HUFF, Senior District Judge
25      UNITED STATES DISTRICT COURT

26

27

28