Adam M. Apton (SBN 316506)
**LEVI & KORSINSKY LLP**
Email: aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel.: (213) 985-7290

*Attorneys for Co-Lead Plaintiffs*
*and Co-Lead Counsel for the Class*

[Additional counsel on signature block]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY LOWE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TANDEM DIABETES CARE, INC., JOHN F. SHERIDAN, and LEIGH A. VOSSELLER, <br><br> Defendants. | Case No.: 3:23-cv-01657-H-BLM <br><br> <u>**CLASS ACTION**</u> <br><br> **AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Judge: Hon. Marilyn L. Huff |

Co-Lead Plaintiffs Mason Raines, Thomas O. Martel, and Linna Rae Martel ("Plaintiffs"), individually and on behalf of all other persons similarly situated, by their undersigned attorneys, allege in this complaint for violations of the federal securities laws (the "Complaint") the following based upon knowledge with respect to their own acts, and upon facts obtained through an investigation conducted by his counsel, which included, *inter alia*: (a) review and analysis of relevant filings

1

made by Tandem Diabetes Care, Inc. ("Tandem" or the "Company") with the United States Securities and Exchange Commission (the "SEC"); (b) review and analysis of Tandem's public documents, conference calls, press releases, and stock chart; (c) review and analysis of securities analysts' reports and advisories concerning the Company; (d) interviews with confidential witnesses; and (e) information readily obtainable on the internet.

Plaintiffs believe that further substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery. Most of the facts supporting the allegations contained herein are known only to Defendants or are exclusively within their control.

## NATURE OF THE ACTION

1.     This is a federal securities class action on behalf of all persons and entities who purchased Tandem common stock between August 3, 2022 and November 2, 2022, inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws.

2.     Tandem manufactures and sells insulin pumps for patients with diabetes. In 2022 alone, the Company lost nearly $7.3 billion in market capitalization. Investors who purchased Tandem stock during the Class Period suffered staggering losses. While the federal securities laws are not intended to provide investors with insurance against broad market declines, they can and do serve to protect victims of fraud and help make them whole. The facts in this case call out for precisely this type of relief. Tandem and its senior executives faced tough market conditions in 2022. Instead of being candid and forthright with investors, Defendants concealed the nature and severity of the obstacles they faced in hopes them dissipating and the Company recovering before having to come clean. This was a reckless gamble on their part that, ultimately, did not pay off.

3.      Tandem began 2022 with positive earnings reports and strong revenue guidance. Analysts received the announcements favorably and raised their price targets for the stock. The positive market sentiment around Tandem soon began to fade though, as Defendants started to discuss the possibility of negative "headwinds" interfering with their sales and impacting their earnings. Contrary to Defendants' public representations, the effects of these "headwinds" were not mere possibilities but instead presently impacting sales and operations, and far more severe and detrimental than they let on.

4.      Unbeknownst to the public, Tandem was in an extremely vulnerable market position prior to and during the third quarter of 2022, *i.e.*, during the Class Period. Tandem's main competitors had either just introduced new products or were about to introduce new products and, consequently, the Company's customers were deferring purchases. As explained by various confidential witnesses (former employees of Tandem) and later admitted by Defendants, these market conditions led to a "market pause" which heavily weighed on Tandem's revenue and earnings throughout 2022.

5.      Defendants did not disclose the true extent of these adverse market conditions but instead downplayed and concealed them. They claimed that their lackluster sales were due to "macroeconomic" conditions, such as inflation, and maintained that competition was not having an outsized or unexpected impact on the Company's financial earnings. In September 2022, halfway through the Class Period, Defendants went so far as to proclaim that the "headwinds" they previously faced were dissipating and operations were back on track. Analysts welcomed Defendants' reassurances and Tandem's stock price, at least momentarily, started to recover some of the ground it had lost earlier in the year.

6.      By September 2022 Tandem's stock price had already plummeted from just over $150 per share at the beginning of the year to about $45 per share.

From Defendants' perspective, any further bad news posed dramatic risks for the Company and its investors at an especially critical point in time. Accordingly, instead of disclosing Tandem's grim reality, Defendants hid from analysts and investors the true state of affairs at the Company in hopes of good news overtaking it.

7.    The good news Defendants had hoped for did not come. When they finally came clean, Tandem's stock price plummeted to new lows. Analysts openly questioned the veracity of managements' prior statements, describing their "surprise" in response to the revelations and writing that the negative "headwinds" affecting the Company—namely, competition—had been "more impactful than they [Defendants] are letting on." On November 2, 2022, the last day of the Class Period, Tandem's stock price closed at $51.34 per share; on November 3, 2022, the very next day, Tandem's stock price fell to $36.77 per share, a one-day decline of nearly 30%.

8.    Defendants' false and materially misleading statements about the market conditions during the Class Period caused significant losses to investors. Plaintiffs, on behalf of the Class, bring this action to recover those losses under the federal securities laws.

## JURISDICTION AND VENUE

9.    Plaintiffs bring this action individually and on behalf of other similarly situated investors, to recover losses sustained in connection with Defendants' fraud.

10.   The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

11.   This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331 and 1337, and Section 27 of the Exchange Act, 15 U.S.C. §78aa.

12.     Venue is proper in this District pursuant to §27 of the Exchange Act and 28 U.S.C. §1391(b), as Tandem is headquartered in this District and a significant portion of its business, actions, and the subsequent damages to Plaintiffs and the Class, took place within this District.

13.     In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## THE PARTIES

14.     Plaintiff Mason Raines purchased Tandem common stock at artificially inflated prices during the Class Period and was damaged upon the revelation of Defendants' fraud. Mr. Raines' certification evidencing his transaction(s) in Tandem is incorporated herein by reference. *See* ECF No. 3-3.

15.     Plaintiffs Thomas and Linna Rae Martel purchased Tandem common stock at artificially inflated prices during the Class Period and were damaged upon the revelation of Defendants' fraud. Mr. and Mrs. Martel's certifications evidencing their transaction(s) in Tandem are incorporated herein by reference. *See* ECF No. 4-5.

16.     Tandem is a Delaware corporation with its principal executive offices located at 12400 High Bluff Drive, San Diego, California 92121. During the Class Period, the Company's common stock traded on the NASDAQ Stock Market (the "NASDAQ") under the symbol "TNDM."

17.     Defendant John F. Sheridan ("Sheridan") was, at all relevant times, the President, Chief Executive Officer, and Director of Tandem.

18.     Defendant Leigh A. Vosseller ("Vosseller") was, at all relevant times, the Executive Vice President, Chief Financial Officer, and Treasurer, of Tandem.

19.    Defendants Sheridan and Vosseller are sometimes referred to herein as the "Individual Defendants." Tandem together with the Individual Defendants are referred to herein as the "Defendants."

20.    The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Tandem's reports to the SEC, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, *i.e.*, the market. Each Individual Defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of these Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

21.    Tandem is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency as all the wrongful act complained of herein were carried out within the scope of their employment with authorization.

22.    The scienter of the Individual Defendants and other employees and agents of the Company are similarly imputed to Tandem under *respondeat superior* and agency principles.

## SUBSTANTIVE ALLEGATIONS

**A.    Background.**

23.    Tandem is a medical device manufacturer focusing on diabetes management. They primarily sell insulin pumps. The Company employed approximately 2,500 full-time employees during the Class Period.

24.    Historically, approximately 75% of its pumps are sold within the United States. Sales come from first-time customers as well as renewals, *i.e.*, existing customers renewing the Tandem pumps they already owned. Renewals occur on a 4-year cycle based on insurance only covering one pump every four years. Tandem charged an upfront fee for their pumps along with monthly service fees.

### *First Quarter of 2022*

25.    On February 22, 2022, during the first quarter of 2022, Tandem reported its earnings results for the previous year and fourth quarter of 2021. In pertinent part, Tandem reported:

- Revenue of $210 million for the fourth quarter and approximately 25% year-over-year growth, beating analyst estimates of $199 million;
- Pump shipments were also up 15% year-over-year; and
- Tandem renewed roughly 60% of the approximate 65,000 pump warranties that expired in 2021.

26.    Tandem also provided analysts and investors with its "2022 Financial Guidance" and estimated sales in the range of $845 million to $860 million and adjusted EBITDA of 14-15% of sales. Tandem told analysts that approximately 30,000 users would be eligible for renewals in 2022 in addition to the remaining renewals that became eligible in 2021. Tandem's guidance for 2022 was above analyst estimates of $827 million.

7

27.    Analysts reacted positively to Tandem's 2021 earnings results and 2022 forecast. For example, UBS analysts described Tandem's fourth quarter as a "strong quarter" and noted that guidance for 2022 "surprised to the upside." Wells Fargo analysts similarly reported that Tandem's fourth quarter earnings were "ahead of expectations driven by solid performance" and that they were raising their 2022 revenue estimates and price target for the stock from $160 per share to $166 per share.

28.    Following Tandem's fourth quarter and year-end earnings announcement, its stock price closed at $104.20 per share on February 23, 2022.

*Second Quarter of 2022*

29.    On May 4, 2022, during the second quarter of 2022, Tandem reported its financial earnings for the first quarter of 2022. Revenue for the quarter was $175.9 million and beat analyst expectations of $168.2 million. Tandem also shipped approximately 28,000 pumps in the first quarter, which was more than analysts expected. Pump shipment growth in the U.S. grew 12% year-over-year. Renewals comprised approximately 20% of U.S. pump shipments. Adjusted EBITDA was $6.4 million, which missed analyst expectations by approximately $11 million.

30.    Tandem noted that pandemic-related conditions, such as labor shortages in physicians' offices, continued to be a negative headwind on the Company's earnings along with supply chain problems weighing on gross margins, which management expected to continue into the second quarter of 2022.

31.    In spite of the pandemic-related headwinds, Tandem revised its "2022 Financial Guidance" by increasing estimated sales to $850 million to $865 million. Tandem kept adjusted EBITDA at 14-15% of sales. The change in estimated sales reflected an increase in U.S. sales *from* $630 million to $640 million *to* $635 million to $645 million.

32.     Analysts reacted positively to Tandem's earnings announcement. Wells Fargo analysts referred to the quarter as a "solid beat" and raised its 2022 revenue estimate. Wells Fargo also noted that renewals were "becoming a larger part of the story" for Tandem given the renewal cycle for 2022. Piper Sandler analysts similarly reported that Tandem's revenue beat expectations but adjusted EBITDA was "well below" expectations.

33.     Following Tandem's first quarter earnings announcement, Tandem's stock price declined from $94.43 per share on May 4, 2022, to $80.22 per share on May 5, 2022, a total decline of $14.21 per share.

*Adverse Market Conditions Leading into the Third Quarter of 2022*

34.     Unbeknownst to the public at the time, Tandem entered the third quarter of 2022 facing significant adverse market conditions arising from not just pandemic-related conditions, but also competition and macroeconomic issues. Covid-19 had resulted in absenteeism and staffing shortages in physician offices, according to Tandem. Competition existed from new pumps entering the market, such as Insulet's Omnipod 5 and Medtronic's 780G. Macroeconomic issues referred to unemployment, inflation, and the general lack of disposable income to spend on new pumps. These three categories of adverse market conditions existed during the second quarter of 2022 and worsened throughout the third quarter of 2022 and the remainder of the Class Period.

35.     Former Employee 1 ("FE1") worked on Tandem's sales team as a territory manager between January 2020 and July 2023. As a territory manager, FE1 supervised a team of salespeople in the northeastern region of the United States.

36.     In the summer of 2022, prior to the start of the Class Period, FE1 spoke with Tandem's Sales Operations Analyst, Darwin Guan, who was responsible for developing the Company's sales targets, and explained that negative market conditions arising from inflation and competition were significantly impacting

sales. Specifically, inflation and unemployment had increased and the upfront cost of Tandem's pump was greater than pumps being sold by the competition. In addition, Insulet and Medtronic either already released or would soon be releasing new pumps (*i.e.*, the OmniPod 5 and 780G). FE1 explained that these factors had caused a "market pause," thereby necessitating a revision to the Company's target sales. Tandem did not revise the target sales in response to FE1's warnings.

37.    According to FE1, Tandem's revenue projections during the Class Period were not realistic because they did not account for negative sales information being provided by the Company's sales team. FE1 and other sales team members routinely told management that the sales quotas set by management were too high, given what was occurring in the marketplace in terms of pandemic-related factors, inflation, and competition. FE1 and other sales team members told senior members of management, including FE1's regional sales manager, that these market conditions were going to negatively impact the Company's revenue and earnings more than management was willing to admit. These warnings were relayed by FE1 during biweekly team meetings which, in turn, were related to the senior area sales director. These warnings occurred prior to and during the third quarter of 2022. According to FE1, Tandem's sales team widely knew that the targets for the third quarter in 2022 were not attainable due to these factors but management and leadership did not change them.

38.    Former Employee 2 ("FE2") worked on Tandem's sales team as a sales representative within a Canadian region. As a sales representative, FE2 was responsible for selling Tandem's insulin pumps to customers.

39.    FE2 corroborated FE1's account of the adverse market conditions leading up to and continuing during the third quarter of 2022. Negative headwinds from competition were especially pronounced, given Medtronic's 780G and Insulet's Omnipod 5 insulin pumps on the market. Macroeconomic conditions also

created significant difficulties in terms of sales because Tandem's pumps required a substantial amount of upfront payment relative to the competitor products. When setting sales targets for the third quarter of 2022, management did not account for these headwinds even though FE2 repeatedly warned them that the targets were unrealistic in light of then-existing market conditions.

40.    FE2 explained that Tandem created sales targets without regard for information from the sales team concerning market conditions. Instead, management set sales targets by devising a number of pumps for each team and salesperson to sell that was greater than the number of pumps sold during the previous quarter. This method of generating sales targets did not account for the adverse market conditions that existed during the third quarter of 2022.

### *Third Quarter of 2022*

41.    On August 3, 2022, approximately one month into the third quarter of 2022, Tandem announced its financial earnings for the second quarter of 2022. Tandem reported revenue of $200.3 million, which was below analyst expectations of $205.2 million. Pump shipments in the U.S. were approximately 20,000 reflecting year-over-year growth of <1%. Tandem noted that labor shortages and supply constraints negatively impacted revenue and gross margins and that a worsening macroeconomic environment caused a delay in purchases. Tandem also noted headwinds from pandemic-related factors and competition, but claimed that they were not unexpected.

42.    Tandem also revised its "2022 Financial Guidance" in conjunction with its second quarter earnings. In pertinent part, Tandem estimated sales in the range of $835 million to $845 million and lowered adjusted EBITDA to 11% of sales. The change in estimated sales reflected a decrease in U.S. sales *from* $635 million to $645 million *to* $620 million to $625 million. Tandem's stock price declined $68.97 per share to $58.60 per share, or $10.37 per share.

11

43. Analysts reported negatively in response to the earnings report. Lake Street Capital Markets reported that "Covid and competition impacted Tandem about as expected" but "the softening U.S. economy appears to have caused results here to fall short." Citibank analysts reported that new pump users in the U.S. were down approximately 5.6% due to "pressure from staffing shortages and, later in the quarter, affordability and economic headwinds."

44. Craig-Hallum Capital Group also issued a report in response to the earnings announcement. In pertinent part, they reported that:

- The "tone and guidance change were the biggest surprise" from the earnings announcement;

- Tandem said "three headwinds are expected this year: 1) COVID/staffing challenges, 2) market pause amid competitive entrance, 3) inflation's impact on the diabetic consumer (i.e. cannot pay the 20% coinsurance)" and that "#1 & #2 were already factored into the guidance, and only #3 became apparent in Q2 as the inflationary environment worsened and economy entered technical recession"; and

- They were "confounded" because "[w]hen guidance was issued on 4Q21 earnings[,] it was noted that competitive 'noise' was factored into the guidance. 2Q22's call featured competition much more than at the noise level."

45. Following Tandem's first quarter earnings announcement, Tandem's stock price declined from $68.97 per share on August 3, 2022, to $58.60 per share on August 4, 2022, a total decline of $10.37 per share.

### *Mid-Quarter Analyst Conferences*

46. Tandem participated in two analyst conferences in September during the third quarter of 2022. The first conference was the 2022 Wells Fargo Healthcare

12

Conference on September 8, 2022. The second conference was the Baird 2022 Global Healthcare Conference on September 13, 2022.

47.     During the Wells Fargo Conference on September 8, 2022, Tandem's CEO and CFO, Defendants Sheridan and Vosseller, represented that the headwinds from the previous quarter had been accounted for in the revised guidance and sales had fallen back in line with normal seasonality.

48.     Analysts responded favorably to Tandem's statements during the presentations. Lake Street Capital Markets reported that "the Company clearly said business has strengthened since early August and it appears normal seasonality has begun to kick in" and that "Tandem clearly said they have not seen any elevated competitive pressure beyond what they have anticipated."

49.     Between September 7 and 13, 2022, Tandem's stock price increased from $45.65 per share to $56.85 per share, a total increase of $11.20 per share.

*Fourth Quarter of 2022*

50.     On November 2, 2022, Tandem reported its financial earnings for the third quarter of 2022. Revenue for the quarter was $205.1 million, which was below analyst estimates of $207.6 million. Tandem also revised its "2022 Financial Guidance" by decreasing estimated sales to $800 million to $805 million and lowered adjusted EBITDA to 7-8% of sales. The change in estimated sales reflected a decrease in U.S. sales *from* $620 million to $625 million *to* $592 million to $595 million. Sales outside the U.S. also decreased *from* $215 million to $220 million *to* $208 million to $210 million.

51.    Tandem held a conference call to discuss its earnings for the quarter. In pertinent part, Tandem's CEO, Defendant Sheridan, said to analysts and investors:

> Similar to what we discussed in our last earnings call, we've largely been pressured by 3 dynamics that continue throughout Q3. First were the pandemic-related pressures that have fluctuated throughout the past 2 years. These include an array of things from COVID case rates to endocrinology office staffing shortages. Second was the competitive environment in the United States. And third were the economic conditions, including inflation and the threat of recession.
>
> To provide an update on each of these dynamics, the broader COVID-related pressures began escalating in Q3 of last year in all our markets. It's now a consistent factor when looking at the year-over-year comparison in an environment that we anticipate operating in for the foreseeable future. The second dynamic is the competitive environment in the U.S. This intensified across the year, in line with the competitors scaling launch of a new AID algorithm, which is on a device form factor that we've competed with historically.
>
> In surveying our sales management, the majority said the disruption associated with his launch is less than what we've experienced a few years ago when another competitive AID system launched. That being said, it creates noise in the market that we'll be navigating and managing for the few quarters.
>
> . . .
>
> On the final market dynamic, the impact of the economic environment on customer purchasing behavior is primarily a U.S. phenomenon. This pressure is something that we saw build quickly at the end of Q2 and has remained steady. To support our U.S. customers who want the benefits of our technology but are concerned about cost, we began broader marketing of our payment plan program beginning in September outside the United States, partially mitigated by the predominance of government health care plans.

14

Overall, the level of pressure from each of these dynamics fluctuated throughout the quarter. In the U.S., we typically see a steady seasonal uptick in demand across the month of Q3. This year, August results were in line with these expectations, which we noted at the beginning of the momentum build. But then different from years past, the same level of momentum did not continue across September. The variability of each dynamic makes it difficult to speak to any one of them as getting better or worse, but has been consistent in aggregate since the latter part of Q2.

52.    During the question-and-answer segment of the earnings call, Sheridan engaged in this exchange:

<Brooks Gregory O'Neil, Lake Street Capital Markets, Sr. Research Analyst>:  I'm curious if your current outlook contemplates a greater or more or less the same impact from Omnipod 5 [a competitor product] in 4Q and into early 2023.

<John F. Sheridan Tandem Diabetes Care, Inc. – President, CEO & Director>:  Brooks, it's difficult for us to actually isolate which of the 3 – the factors that we described, the 3 market dynamics are getting worse or getting better.  I mean I would say that, as I mentioned, we believe we have the best product on the market right now.  But there is – the competitive environment right now is that – well, I would say that the impact that we're seeing from the current competitor is what we expected.

53.    Analysts reported negatively in response to the earnings announcement. Craig-Hallum Capital Group wrote, in pertinent part, that:

There is no way to sugarcoat it, Q4 guidance is poor, and **conditions worsened even following a Q2 report that left the Street concerned**. The company was hampered again by the same three headwinds behind the Q2 miss: 1) COVID/staffing challenges, 2) market pause amid competitive entrance, 3) inflation's impact on the diabetic consumer (i.e. cannot pay the 20% coinsurance).

15

The surprise is compounded by TNDM messaging in September about a strong August and good Q3 results from comp DXCM [DexCom, Inc.]. *August's momentum did not remain however, and business conditions degraded in the back half of September*. While Q3 was just a slight miss, the company guided down Q4 and full year significantly stating they are assuming headwinds remain through Q4 and into next year – using the word "recalibrate" carefully.

54.    Piper Sandler similarly reported, in pertinent part, that:

This afternoon, TNDM reported Q3 results which missed slightly on the top-line (though pump shipments globally were better than we modeled) and markedly on the bottom. Management finally took their medicine on revenue guidance for the year and '23 as well. *Competition is hurting them (we expect good PODD numbers tomorrow night, though the valuation continues to confound us), along with some macro pressures though we believe the former is more impactful than they are letting on*.

. . .

*Q3 coming up short on the top-line was very surprising as management sounded upbeat during investor conferences towards the end of quarter. The company's visibility into weekly sales results is clearly poor*.

(Emphasis added.)

55.    Citi Research expressed "surprise" over the results, reporting that "management lowering FY22E revenue to $800-$805M from $835-$845M surprised us (and others), despite commentary at the September meetings. Staffing, competitive pressures, and economic conditions allowed for August seasonality that did not translate to a September acceleration, nor normalized levels in October." Further, "[i]n aggregate, it highlighted *these pressures have had a steady impact on the business since the end of 2Q22*, and management expects the pressure to remain constant through YE22E." (Emphasis added.)

16

56.    Following Tandem's third quarter earnings announcement, Tandem's stock price declined from $51.34 per share on November 2, 2022, to $36.77 per share on November 3, 2022, a total decline of $14.57 per share.

**B.    False Statements.**

*August 3, 2022*

57.    On August 3, 2022, at the start of the class period, Tandem issued a press release stating: "For the year ending December 31, 2022, the Company is updating its financial guidance as follows: Sales are estimated to be in the range of $835 million to $845 million, which represents an annual sales growth of 19 percent to 20 percent compared to 2021. The Company's prior sales guidance for 2022 was estimated to be in the range of $850 million to $865 million."

58.    On the same day, Tandem held a conference call to discuss the quarterly earnings. Tandem's CEO and CFO, Defendants Sheridan and Vosseller, respectively, participated on the call. In pertinent part, they provided the following opening remarks:

> <John F. Sheridan Tandem Diabetes Care, Inc. – President, CEO & Director>: . . . ***Next is the anticipated dynamic of competition in the United States. This is in line with our expectations*** as it's something we've seen with historical new product launches, including our own, when new technologies enter the market. ***And lastly is the evolving economic environment, including inflation and the threat of recession. Our data suggests that this dynamic began impacting new customers' decision to purchase a pump beginning in the second quarter***. This is primarily a factor in the U.S. as outside the United States, it's mitigated by predominance of government health care plans.
>
> To better reflect these dynamics, we reduced our 2022 sales guidance by 2%. ***As these challenges dissipate, we look forward to returning to more normalized growth patterns that are driven by the strength of our technology today***. And the new product offerings such as the launch of Mobi and new CGM Sensor integrations. We remain

17

confident that we'll achieve our long-term growth and profitability objectives and in our ability to continue expanding the insulin pump market by providing new innovations and best-in-class customer care.

(Emphasis added.)

59.    During the question-and-answer segment of the call, Defendants Sheridan and Vosseller further discussed the headwinds affecting the Company's sales in response to analyst questions:

<Matthew Oliver O'Brien Piper Sandler & Co., Research Division – MD & Senior Research Analyst>: Just for starters, John or Leigh, the second half guide on the U.S. side of things, it seems a pretty steep ramp, especially in Q4, and you've got obviously [ O5 ] ramping up and then this recessionary pressure and maybe even Medtronic getting into the market with 780G. So I know renewals will be a big piece of this, but if the recession is going to be more impactful and people can't afford things, why not just extend your pump a little bit longer? Why the confidence in that Q4 meaningful ramp?

<Leigh A. Vosseller Tandem Diabetes Care, Inc. – Executive VP, CFO & Treasurer>: Sure. Good question. So as we think about the different -- I will bucket them into the 3 different dynamics. *We've learned how to navigate with the staffing shortages* and the challenges in the HCP offices, and we expect to continue to improve on that as we look throughout the remainder of the year. *The noise around the competitive launch, particularly right now is more temporary in nature*. And the most important thing was that we needed the product to be on the market. So everyone could actually see and experience what it is that's out there.

. . .

<Jayson Tyler Bedford Raymond James & Associates, Inc., Research Division – MD & Senior Medical Supplies and Devices Analyst>: Okay. And then just maybe on the economic headwinds you mentioned. There haven't been many companies that have cited to slow down, at least in med tech. And I'm wondering if the desire for extended terms

18

from your customers is more a function of the competitive environment where the upfront is obviously lower. Do you have a good sense of that? And I don't know if there's any metrics you can throw out kind of delineating between kind of competitive and true kind of macro recession fears?

<Leigh A. Vosseller Tandem Diabetes Care, Inc. – Executive VP, CFO & Treasurer>: Sure. I think one of the most important elements to think about this is, it's typically not an economic decision of which products to purchase. The decision is should I be on pump therapy. Then the choices which form factor is going to be right for me? It's going to give me the best results in the way that I like to wear my product with the optionality that I would like in it. ***And so we don't see these economic headwinds as anything that would shift people's mindset to a different product just because it has a different reimbursement structure***. And in fact, we think that our payment spend opportunity is the equalizer there so that it can mitigate any [indiscernible] people might have with the upfront payment.

And then when you look out further in the future, if you think about it over a 4-year life, it's less expensive to be on durable pump than it is to be on a patch pump. And so that's something that we help people to understand and so that they especially in an environment where maybe they're already on the product, there's less of a question mark about whether or not they can afford the supplies as they go forward. So back to the original thought is that ***we don't think that this has anything to do with competitive dynamics*** that truly is when people are able to report with the pump purchase.

<John F. Sheridan Tandem Diabetes Care, Inc. – President, CEO & Director>: I'll also say that our -- inside sales organization and our sales force really have active communication dialogue to people who are in the front. And this is what they're hearing. ***It's really not the competitive issues***. It's more of a -- just the macroeconomic factors.

(Emphasis added.)

60.    The statements identified above in emphasis were false and/or materially misleading because they concealed and materially downplayed the

negative market conditions faced by Tandem relating to competition. While Defendants claimed that macroeconomic factors, *i.e.*, inflation, had caused the Company to reduce its guidance for the year, competition was in fact the driving force behind the announcement. As confirmed by FE1 and FE2, the introduction of new insulin pumps into the market had created a "market pause" amongst Tandem's customers, such that potential new and renewal purchases were being deferred. Moreover, Defendants represented to investors that the "headwinds" related to competition were dissipating and that market conditions were returning to normal, which was not true. To the contrary, the "market pause" described by FE1 and FE2 was intensifying during the third quarter of 2022.

61.    Defendants' financial guidance for 2022, as described above, was also false and materially misleading. The financial guidance did not account for the worsening market conditions, including those related to competition. Consequently, Defendants' estimated sales provided investors with a false and materially misleading impression of Tandem's prospects for the year and the obstacles it faced in the near-term. Defendants did not accompany the financial guidance with meaningful cautionary language and also knew that the guidance was false and/or materially misleading, given that the guidance did not account for increased impact competition was having on the Company's sales and earnings prior to and at the time of the statements.

*September 8, 2022*

62.    On September 8, 2022, Tandem participated in the 2022 Wells Fargo Healthcare Conference. Defendants Sheridan and Vosseller presented on behalf of the Company during the conference and discussed the "headwinds" affecting Tandem's sales. In pertinent part, they stated the following:

<Lawrence H. Biegelsen Wells Fargo Securities, LLC, Research Division – Senior Medical Device Equity Research Analyst>: . . . So John, we're starting all these fireside chats with the macro environment. And on the Q2 call, you highlighted 3 headwinds that resulted in lower-than-expected Q2 sales.

<John F. Sheridan Tandem Diabetes Care, Inc. – President, CEO & Director>: Right, right.

<Lawrence H. Biegelsen Wells Fargo Securities, LLC, Research Division – Senior Medical Device Equity Research Analyst>: And lower revenue guidance for the year. So I'm not going to go into all 3. I'll give you a chance to address those. But how much were each of these a factor? And what's assumed in the new guidance for each?

<John F. Sheridan Tandem Diabetes Care, Inc. – President, CEO & Director>: Okay. Well, let me start off by saying that on the Q3 call, we indicated that *we had pressure in June and July that we didn't anticipate. And I think that now that we've exited August, we've seen a positive shift in the beginning of a momentum build that really confirms our assumptions in the guidance for the second half of the year*. So I wanted to just say that.

I also want to say that we -- looking at the new starts, it's 50-50 MDI and competitive conversions, and we're seeing strong renewal update also. And so as we -- as you just mentioned, I mean, clearly, *we factored COVID in. We've seen it for the last several quarters. We factored the competitive challenges in there. These things pretty much occurred as we had anticipated they would. There was no real surprise*.

21

I would say that the thing that did surprise us was the macro factors. And I think that it's interesting, since we have said that, a number of analysts have come out and said, yes, in fact, they have interviewed endos and endos said, yes, it is a meaningful problem that's affecting their patient population. And so it is real out there.

. . .

<Lawrence H. Biegelsen Wells Fargo Securities, LLC, Research Division – Senior Medical Device Equity Research Analyst>: That makes sense. You -- I guess a question on the guidance. I don't know the last time you missed consensus or lowered your guidance. It's been a long time. I guess my point is, you guys have done a really good job beating numbers. How did you think about the guidance that when you -- the updated guidance you gave? And what was implied for kind of Q3, Q4, some of the other metrics?

<Leigh A. Vosseller Tandem Diabetes Care, Inc. – Executive VP, CFO & Treasurer>: Sure. If I could just start with a little bit about our philosophy and the way we approach guidance. First of all, we take all of the opportunities and the risks, and we weight them. So we weight them with what we think can happen versus what may happen. And we determine a number that we feel like we can -- we're confident we can achieve, and our goal is always to beat that number.

And so some of the opportunities that you think about are how many MDI people will come to market and buy a pump this year? How many converters will you have? How strong will renewals be? And you make estimates on that. Some of the risk would be things like what's happening in the COVID environment, what kind of competitive noise we might see? But what we were surprised by that we did not anticipate at the beginning of the year was this macroeconomic environment that we have started to experience really in June and heavily in July.

So those were the elements that everything else was on track with our expectations. Those were the -- that would be element that drove us to have to adjust the guidance in the second quarter. And so we're very confident now in achieving what we have for the back half of the year and the assumptions are this, in that the COVID dynamics will continue to persist roughly at the same levels that we're seeing. We've been

managing through those very well now for at least 4 quarters with this type of pressure we see in the physician offices.

From the competitive noise perspective, we anticipated the pressure would be the greatest up until there was a full launch of the product. And once there was a full launch, when people are able to actually see and experience the product and what's available, that's when the pressure starts to subside. ***So we estimate that over the next few quarters that we'll start to see that dissipate. There will still be pressure through the end of the year, but it will start to wane as we get closer to the end of the year***.

From the economic environment piece, this was something new that we've not ever had to factor in before. And so we were thoughtful about the metrics we saw for June and July and where we thought this might trend. We're going to be offering the payment plans in a much bigger way, as we talked about. So we expect that will help mitigate some of that pressure.

Having said that, Q2 to Q3 in the U.S., we expect pump shipments to be roughly flat, and Q4 will start to recover. And this goes back to some of those pressures starting to wane, renewals, having more opportunities in the fourth quarter than we've seen all year and just the general pump season that John talked about as more and more people are meeting their deductibles.

(Emphasis added.)

63.     The above statements identified in emphasis were false and/or materially misleading because they created the false impression that Tandem had overcome the negative headwinds it had confronted earlier in the year and that the Company was back on track towards meeting its financial guidance for the year. Contrary to these statements, the headwinds faced by Tandem were intensifying, especially those related to competition and macroeconomic issues. As confirmed by FE1 and FE2, the introduction of new insulin pumps into the market had created a "market pause" amongst Tandem's customers, such that potential new and

23

renewal purchases were being deferred. Moreover, Defendants represented to investors that the "headwinds" related to competition were dissipating and that market conditions were returning to normal, which was not true. To the contrary, the "market pause" described by FE1 and FE2 was intensifying during the third quarter of 2022.

64.     Analyst commentary corroborates the above allegations concerning the false and materially misleading nature of Defendants' statements. For example, in response to Defendants' statements above, Wells Fargo analysts summarized Defendants Sheridan's and Vosseller's remarks as, "[a]fter previously calling out several macro pressures in June and July, TNDM has seen improvements in August" and, importantly, reported that "[competitor] Omnipod 5 is not having the same market impact the MDT's 670G had years ago, and believe that early reviews are mixed. Importantly TNDM is not seeing any transition of TNDM patients to PODD. Overall, TNDM expects competitive pressure from Omnipod 5 to wane towards the end of 2022."

65.     Similarly, analysts from Lake Street Capital Markets wrote that Sheridan and Vosseller "suggested the Company has seen the seasonal uptick in the business that usually comes as U.S. buyers exhaust their insurance deductibles towards the end of summer. While competitor, Insulet's Omnipod 5, is now available nationwide, Tandem has seen the response they expected, not more.  In addition, management clearly stated they are not seeing customer migration from Control-IQ to Omnipod now." As alleged previously, Lake Street Capital Markets also wrote that, "the Company clearly said business has strengthened since early August and it appears normal seasonality has begun to kick in" and that "Tandem clearly said they have not seen any elevated competitive pressure beyond what they have anticipated."

66.    Investors, like the analysts featured above, understood Defendants' statements during the September 8 presentation to mean that the competitive "headwinds" were in line with expectations, dissipating, and would not materially impact the Company's financial earnings going forward. That was false.

*September 13, 2022*

67.    On September 13, 2022, Tandem participated in the Baird 2022 Global Healthcare Conference. Defendants Sheridan and Vosseller presented on behalf of the Company during the conference. In pertinent part, they stated the following:

<Jeffrey D. Johnson Robert W. Baird & Co. Incorporated, Research Division – Senior Research Analyst>: . . . John, I'll turn it over to you if you have a few prepared remarks, and then we'll just go into Q&A.

<John F. Sheridan Tandem Diabetes Care, Inc. – President, CEO & Director>: Welcome, everybody. It's good to see you, Jeff. I think I wanted to start off by just clarifying some of the things that we said on the 2Q call. ***We indicated that we had experienced pressure in June and July from a variety of factors. And as we exit the month of August, what we have seen is we've seen a positive shift. And we think it's the beginning of the momentum build that lines up with the guidance that we gave during the call***.

So typically, what we see in the third quarter is third quarter is in line with the second quarter. We see because of seasonality, some small decline OUS. But I can say that the -- when you look at the month of August, we saw a 50-50 competitive conversions, MDI, that's where they came from, and we actually saw a very strong renewal performance. So, we're pleased with the results. ***And as I said, we think that pretty much lines us up to what we had said in the call regarding guidance for the rest of the year***.

. . .

<Jeffrey D. Johnson Robert W. Baird & Co. Incorporated, Research Division – Senior Research Analyst>: John, maybe just thinking about competition, that was one of the 3 factors you cited on the 2Q call. At

25

the time, I think you hosted your call, I don't remember on a Tuesday night, maybe was it a Wednesday night? You said, look, I think there's some competition out there, just patients waiting to evaluate, and we think that will clear. And once it does, those patients will make their decision and come to Control-IQ.

The next night, obviously, Insulet reported. They had a pretty strong quarter. It sounded like some good new patient start trends for them on the new O5 system. What's your view on competition now after you kind of had your quarter and then you got to see their numbers. Do you think there was the pause in some of those patients more than you expected went towards '05? Or did they pause and now they're coming back to Control-IQ, just to think about how that's playing out.

<John F. Sheridan Tandem Diabetes Care, Inc. – President, CEO & Director>: I mean, first, I'll say I think we still have the best product on the market. I mean we have the best technology. And I think we really believe that firmly. I'll also say that the device that Insulet has brought to market. It's a good product. But the reviews have been mixed. And as you probably have all seen. I would say that the competition every time a new product comes to market, there's turbulence. There is pausing. People are curious. They want to understand where it is. And Insulet, obviously, has made it easy for people to try it. So people have tried it. And so, a number of people within tandem have and they have come back to Control-IQ because they prefer that system more. So even when we introduced Control-IQ and people recognized it was going to be software updatable, if they had a pump, people still paused and back in the late 2019. So, it's not a surprise to us. And ***I would say that the level of competition and the effect we're seeing is in line with what our expectations were***.

So there's not really a lot of surprises there. And I'd say that normally, what we see is it takes -- there's a lot of excitement. There's noise, and I think that takes a quarter or 2 for this to settle down. So, we would expect now that it's in the full market release. It's out in the market. We can collect information. We can compete against it more effectively that we're actually seeing it in the marketplace. And I think that is, ***as I said, in line with what we expected, and we think that things will settle down in a quarter or 2***.

26

1

(Emphasis added.)

2

3    68.    The above statements identified in emphasis were false and/or

4    materially misleading because they created the false impression that Tandem had

5    overcome the negative headwinds it had confronted earlier in the year and that the

6    Company was back on track towards meeting its financial guidance for the year.

7    Contrary to these statements, the headwinds faced by Tandem were intensifying,

8    especially those related to competition and macroeconomic issues. As confirmed

9    by FE1 and FE2, the introduction of new insulin pumps into the market had created

10   a "market pause" amongst Tandem's customers, such that potential new and

11   renewal purchases were being deferred. Moreover, Defendants represented to

12   investors that the "headwinds" related to competition were dissipating and that

13   market conditions were returning to normal, which was not true. To the contrary,

14   the "market pause" described by FE1 and FE2 was intensifying during the third

15   quarter of 2022.

**C.    Additional Scienter Allegations.**

16   69.    Defendants acted intentionally or with deliberate recklessness when

17   making the false and materially misleading statements identified above. Fiscal 2022

18   proved to be an extraordinarily turbulent year for Tandem. In an effort to stem

19   further market losses, Defendants misrepresented and concealed material adverse

20   information concerning the negative "headwinds" in the market that existed during

21   the Class Period in hopes of positive news overtaking it later in the year. This

22   amounted to a considered, reckless gamble that deprived the public of receiving

23   accurate information in connection with their investments in Tandem.

24   70.    On January 3, 2022, the first trading day of the year, Tandem's stock

25   price closed at $150.09 per share. The Company's stock price proceeded to decline

26   dramatically from that point, falling to $58.60 per share on August 4, 2022 at the

27

start of the Class Period, and then dropping further to $36.77 per share on November 3, 2022 at the end of the Class Period. During this time period, Tandem's stock price suffered a decline of nearly 75%. ***This equated to a market capitalization loss of approximately $7.3 billion***.

71.    The following chart depicts Tandem's stock price over the course of fiscal 2022:



72.    Having already suffered massive stock price declines by the start of the Class Period, Defendants withheld further adverse material information from the market i) in an effort to prevent the Company's stock price from declining further and ii) in hopes of being able to rely on future positive earnings results to offset bad news if and when it was ultimately disclosed.

73.    Specifically, Tandem's sales were impacted during the Class Period by negative "headwinds" related to the pandemic, competition, and macroeconomic factors. Defendants misrepresented and/or materially downplayed these "headwinds" and the impact they were having on Tandem's sales, especially during

the third quarter of 2022. Had Defendants accurately disclosed the existence and effects of these headwinds, Tandem's stock price would have declined significantly more over a shorter period of time.

74.    In hopes of lessening or possibly even avoiding the fallout that ultimately ensued, Defendants sought to rely on positive information related to Tandem's "renewal" sales. Tandem's "renewal" sales referred to the number of pumps sold by the Company to existing customers at the tail-end of the four-year product cycle.

75.    Throughout fiscal 2022, Defendants repeatedly touted Tandem's "renewal" sales as playing an outsized role in the Company's annual sales. For example:

- On February 22, 2022, Defendant Vosseller told investors, "As we look at our 2022 renewal opportunity, approximately 30,000 additional customers will become eligible for renewal based on our 2018 shipments";

- On March 15, 2022, Defendant Vosseller emphasized the "renewal" opportunity, stating "so when you look back to 2018, which represents the new opportunities we're going to see in 2022. About 40 -- more than 40% actually bought a pump in the fourth quarter. So that means a lot of that opportunity is very back-end loaded. But I think the important point is that the number of opportunities coming to market this year is about 30,000 in the U.S. and that's pretty much double what we saw come to the market in 2021";

- On May 4, 2022, Defendant Vosseller stated, "We continue to see growth from both an increase in customers new to Tandem and an increase in renewal customers who are purchasing a pump from us once again. In fact, our renewals grew to nearly 20% of the total pumps

we shipped this quarter compared to approximately 15% in the prior year. This higher rate of renewal growth is particularly encouraging as we look ahead to our increasing renewal opportunities, and it is a trend we expect will continue throughout 2022";

- On May 25, 2022, Defendant Vosseller against told investors that, "So I mean renewals just get more and more exciting as you think about the coming years. This is the first year in which we'll see the number of new renewal opportunities increasing significantly, and it's the beginning of that change from the trajectory of our business 2018 forward. So this year, it's a doubling of renewal opportunities";

- On August 3, 2022, Tandem's former Chief Commercial Officer, Brian Hansen, told investors that, "In fact, our renewals have grown approximately 40% compared to Q2 last year, which is an encouraging trend as our total renewal opportunity scales across the year;" and

- On September 8, 2022, Defendant Sheridan told investors that, "I think when it comes to renewals, we're seeing more people renew faster right now. And so I think that's just because people are familiar with the benefits they get when they use our technology, and they love it. And so I think renewals, I think, getting to 70%, as we have talked about, is very likely."

76.    Analysts noticed Defendants' increased reliance on "renewal" sales in 2022. For example, following Tandem's earnings announcement for the first quarter of 2022, Wells Fargo reported that "renewals" were "becoming a larger part of the story" for Tandem.

77.    Assuming *arguendo* that Tandem's "renewal" sales were a source of strength for the Company, Defendants were still aware of and closely monitoring the "headwinds" materially impacting Tandem's sales during the Class Period.

30

Defendants, both before and after the Class Period, admitted that Tandem's sales were materially affected by pandemic-related issues, competition, and macroeconomic factors and were closely following them. These "headwinds" did not abate during the Class Period. Instead, as reported by FE1 and FE2, *supra*, these headwinds increased and intensified.

78.    At the end of the Class Period, Defendants falsely attempted to blame unanticipated macroeconomic pressures, *e.g.*, inflation, for the Company's negative earnings results. The following chart depicts Tandem's stock price history relative to its three main competitors, DexCom, Inc. (NASDAQ:DXCM), Insulet Corporation (NASDAQ:PODD), and Medtronic plc (NYSE:MDT):



79.    Tandem, DexCom, Insulet, and Medtronic comprise the overwhelming majority of the insulin pump market. The highlighted portion in the above chart illustrates Tandem's stock price and its earnings results, relative to the rest of the industry. Had macroeconomic factors truly been impacting the insulin pump market, the three companies would have reported earnings results largely in line with one another and, as a result, exhibited similar gains or losses in the stock

market. As evidenced by the above chart, Tandem's results contradicted the rest of the market, thereby confirming that macroeconomic factors were not responsible for the Company's third quarter earnings results; instead, as evidenced by positive stock performance from Tandem's competitors, competition was a greater factor than Defendants admitted during the Class Period.

80.     Analysts likewise concluded that competition was more detrimental to Tandem's earnings than Defendants admitted. For example, according to Piper Sandler, "TNDM reported Q3 results which missed slightly on the top-line (though pump shipments globally were better than we modeled) and markedly on the bottom. Management finally took their medicine on revenue guidance for the year and '23 as well. Competition is hurting them (we expect good PODD numbers tomorrow night, though the valuation continues to confound us), along with some macro pressures though we believe *the former [competition] is more impactful than they are letting on*" (emphasis added).

**D.    Loss Causation and Economic Loss.**

81.     During the Class Period, as detailed herein, Tandem and the Defendants made materially false and misleading statements and engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of Tandem's common stock and operated as a fraud or deceit on Class Period purchasers of Tandem's common stock by materially misleading the investing public. Later, when Tandem and Defendants' prior misrepresentations and fraudulent conduct became apparent to the market, the price of Tandem's common stock materially declined, as the prior artificial inflation came out of the price over time. As a result of their purchases of Tandem's common stock during the Class Period, Plaintiff and other members of the Class suffered economic loss, *i.e.*, damages under federal securities laws.

82.    Tandem's stock price fell in response to the corrective event on November 2, 2022, as alleged *supra*. On November 2, 2022, Defendants disclosed information that was directly related to their prior misrepresentations and material omissions concerning the headwinds affecting Tandem's sales and operations.

83.    In particular, on November 2, 2022, Tandem reduced its estimated 2022 annual sales to $800 million to $805 million from the Compay's previous estimate of $835 million to $845 million.  The reasons cited for this reduction were macroeconomic factors, pandemic-related issues, and competition, despite previous assurances that competition and pandemic-related issues had been adequately modeled in the Company's financial guidance.

84.    Tandem shares lost considerable value from $51.34 per share on November 2, 2022, to $36.77 per share on November 3, 2022, a total decline of $14.57 per share.

**E.    Presumption of Reliance.**

85.    At all relevant times, the market for Tandem's common stock was an efficient market for the following reasons, among others:

(a)    Tandem's common stock met the requirements for listing and was listed and actively traded on the NASDAQ during the Class Period, a highly efficient and automated market;

(b)    Tandem communicated with public investors via established market communication mechanisms, including disseminations of press releases on the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services;

(c)    Tandem was followed by several securities analysts employed by major brokerage firms who wrote reports that were distributed to the sales force and

certain customers of their respective brokerage firms during the Class Period. Each of these reports was publicly available and entered the public marketplace; and

(d)    Unexpected material news about Tandem was reflected in and incorporated into the Company's stock price during the Class Period.

86.    As a result of the foregoing, the market for Tandem's common stock promptly digested current information regarding the Company from all publicly available sources and reflected such information in Tandem's stock price. Under these circumstances, all purchasers of Tandem's common stock during the Class Period suffered similar injury through their purchase of Tandem's common stock at artificially inflated prices, and a presumption of reliance applies.

87.    Alternatively, reliance need not be proven in this action because the action involves omissions and deficient disclosures. Positive proof of reliance is not a prerequisite to recovery pursuant to ruling of the United States Supreme Court in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972). All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered the omitted information important in deciding whether to buy or sell the subject security.

**F.    No Safe Harbor.**

88.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the material misrepresentations and omissions alleged in this Complaint. As alleged above, Defendants' liability stems from the fact that they provided investors with revenue projections while at the same time failing to maintain adequate forecasting processes. Defendants provided the public with forecasts that failed to account for this decline in sales and/or adequately disclose the fact that the Company at the current time did not have adequate forecasting processes.

89.     To the extent certain of the statements alleged to be misleading or inaccurate may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.

90.     Defendants are also liable for any false or misleading "forward-looking statements" pleaded because, at the time each "forward-looking statement" was made, the speaker knew the "forward-looking statement" was false or misleading and the "forward-looking statement" was authorized and/or approved by an executive officer of Tandem who knew that the "forward-looking statement" was false. Alternatively, none of the historic or present-tense statements made by Defendants were assumptions underlying or relating to any plan, projection, or statement of future economic performance, as they were not stated to be such assumptions underlying or relating to any projection or statement of future economic performance when made, nor were any of the projections or forecasts made by the defendants expressly related to or stated to be dependent on those historic or present-tense statements when made.

## CLASS ACTION ALLEGATIONS

91.     Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of the Class, which consists of all persons and entities who purchased Tandem common stock during the Class Period, and were damaged thereby (the "Class"). Excluded from the Class are Defendants; the officers and directors of the Company and, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns; and any entity in which Defendants have or had a controlling interest.

92.     The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Tandem's common stock were

actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believe that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by Tandem or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions. As of November 2, 2022, the date of the Company's last quarterly or annual report within the Class Period, there were 64,298,785 shares of the Company's common stock outstanding. Upon information and belief, these shares are held by thousands, if not millions, of individuals located throughout the country and possibly the world. Joinder would be highly impracticable.

93.    Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

94.    Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

95.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a)    whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)    whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Tandem;

(c)     whether the Individual Defendants caused Tandem to issue false and misleading financial statements during the Class Period;

(d)     whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

(e)     whether the prices of Tandem's common stock during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

(f)     whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

96.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## <u>COUNT I</u>

### **Against Defendants for Violating Section 10(b) and Rule 10b-5**

97.     Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

98.     This Count is asserted against defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

99.     During the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon. Plaintiffs and the other members of the Class made various untrue statements of material facts and omitted to state material facts necessary in

order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities. Such scheme was intended to, and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Tandem common stock; and (iii) cause Plaintiffs and other members of the Class to purchase or otherwise acquire Tandem's securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth herein.

100.   Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the Defendants participated directly or indirectly in the preparation and/or issuance of the quarterly and annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for Tandem's securities. Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about the Company.

101.   By virtue of their positions at the Company, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiffs and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants. Said acts and omissions of defendants were committed willfully or with reckless disregard for the truth. In addition, each defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

102.   Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within Defendants' knowledge and control. As the senior managers and/or directors of the Company, the Individual Defendants had knowledge of the details of Tandem's internal affairs.

103.   The Individual Defendants are liable both directly and indirectly for the wrongs complained of herein. Because of their positions of control and authority, the Individual Defendants were able to and did, directly or indirectly, control the content of the statements of the Company. As officers and/or directors of a publicly-held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to Tandem's businesses, operations, future financial condition and future prospects. As a result of the dissemination of the aforementioned false and misleading reports, releases and public statements, the market price of Tandem's common stock was artificially inflated throughout the Class Period. In ignorance of the adverse facts concerning the Company which were concealed by Defendants, Plaintiffs and the other members of the Class purchased or otherwise acquired Tandem's common stock at artificially inflated prices and relied upon the price of the common stock, the integrity of the market for the common stock and/or upon statements disseminated by Defendants, and were damaged thereby.

104.   During the Class Period, Tandem's common stock was traded on an active and efficient market. Plaintiff and the other members of the Class, relying on the materially false and misleading statements described herein, which the defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of Tandem's common stock at prices artificially inflated by defendants' wrongful conduct. Had Plaintiffs and the other members of the Class known the truth, they would not have purchased or otherwise acquired said common stock, or would not have purchased or otherwise

acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiffs and the Class, the true value of Tandem's common stock was substantially lower than the prices paid by Plaintiffs and the other members of the Class. The market price of Tandem's common stock declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiffs and Class members.

105.   By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

106.   As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and the other members of the Class suffered damages in connection with their respective purchases, acquisitions and sales of the Company's common stock during the Class Period, upon the disclosure that the Company had been disseminating misrepresented financial statements to the investing public.

## COUNT II

### Against the Individual Defendants for Violating Section 20(a)

107.   Plaintiffs repeat and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

108.   During the Class Period, the Individual Defendants participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business affairs. Because of their senior positions, they knew the adverse non-public information about Tandem's misstatements.

109.   As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information, and to correct promptly any public statements issued by Tandem which had become materially false or misleading.

110.   Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Tandem disseminated in the marketplace during the Class Period concerning the misrepresentations. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Tandem to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Tandem's common stock.

111.   Each of the Individual Defendants, therefore, acted as a controlling person of the Company. By reason of their senior management positions and/or being directors of the Company, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, Tandem to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of the Company and possessed the power to control the specific activities which comprise the primary violations about which Plaintiffs and the other members of the Class complain.

112.   By reason of the above conduct, the Individual Defendants and/or Tandem are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs demand judgment against Defendants as follows:

A.    Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiffs as the Class representatives;

B.      Requiring Defendants to pay damages sustained by Plaintiffs and the Class by reason of the acts and transactions alleged herein;

C.      Awarding Plaintiffs and the other members of the Class pre-judgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.      Awarding such other and further relief as this Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiffs hereby demand a trial by jury.

*[Signature blocks on following page]*

42

1   Dated:  February 1, 2024            Respectfully Submitted,

2

3                                  **LEVI & KORSINSKY, LLP**

4

5                             _s/ Adam M. Apton_

6                             Adam M. Apton
Email: aapton@zlk.com
445 South Figueroa Street, 31st Floor

7                           Los Angeles, CA 90071
Tel.: (213) 985-7290

8

9                               -and-

10                          **POMERANTZ LLP**

11                        Jennifer Pafiti (SBN 282790)
Email: jpafiti@pomlaw.com

12                        1100 Glendon Avenue, 15th Floor

13                        Los Angeles, CA 90024
Tel.: (310) 405-7190

14

15                             -and-

16                        **POMERANTZ LLP**

17                        Michael Wernke (_pro hac vice_)
Email: mwernke@pomlaw.com

18                        600 Third Avenue, 20th Floor

19                        New York, NY 10016
Tel.: (212) 661-1100

20

21                        _Attorneys for Co-Lead Plaintiffs_

22                        _and Co-Lead Counsel for the Class_

23

24

25

26

27