Adam M. Apton (SBN 316506)
**LEVI & KORSINSKY, LLP**
Email: aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel.: (213) 985-7290

*Attorneys for Co-Lead Plaintiffs
and Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY LOWE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TANDEM DIABETES CARE, INC., JOHN F. SHERIDAN, and LEIGH A. VOSSELLER, <br><br> Defendants. | Case No.: 3:23-cv-01657-H-BLM <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Judge: Hon. Marilyn L. Huff |

Plaintiffs Mason Raines, Thomas O. Martel, and Linna Rae Martel ("Plaintiffs") file this Notice of Supplemental Authority to alert the Court to a recently issued opinion from the U.S. Court of Appeals for Ninth Circuit in *In re Genius Brands International, Inc. Securities Litigation*, No. 22-55760, 2024 U.S. App. LEXIS 8211, ___ F.4th ___ (9th Cir. Apr. 5, 2024). In their motion to dismiss, Defendants argue that Plaintiffs failed to adequately plead the element of "loss causation." The *Genius Brands* opinion (attached as Exhibit A) clarifies the rules and standards around pleading "loss causation" and confirms *inter alia* that Plaintiffs can plead "loss causation" in a variety of ways, can "come from any number of source," "need not 'precisely mirror' the misrepresentation," is a "context[-]dependent inquiry," is "simply a variant of proximate cause," and can be pleaded adequately "even when the alleged fraud is not necessarily revealed prior to the economic loss." *Id*. at *19-22.

In addition, Defendants cited *In re BofI Holding, Inc. Securities Litigation* 977 F.3d 781 (9th Cir. 2020), in their reply brief filed on April 10, 2024. ECF 23, p. 10 n.13. *Genius Brands* refers to *In re BofI Holding* over a dozen times within its "loss causation" analysis, including for the premise that "[courts] take 'a flexible approach' in evaluating whether some event or occurrence revealed fraud to the market." *Id*. at *21.

Plaintiffs respectfully submit that *Genius Brands* is relevant to the issues presently before the Court and, if considered, supports denying Defendants' motion to dismiss.

//
//
//
//
//

1

Dated: April 24, 2024

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
Email: aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel.: (213) 985-7290

**POMERANTZ LLP**
Michael J. Wernke (*pro hac vice*)
Email: mwernke@pomlaw.com
600 Third Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 661-1100

-and-

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
Email: jpafiti@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Tel.: (310) 405-7190

*Attorneys for Co-Lead Plaintiffs
and Co-Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
Email: peretz@bgandg.com
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 697-6484

*Additional Counsel for Co-Lead Plaintiffs*
*Thomas O. Martel and Linna Rae Martel*