COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
DYLAN K. SCOTT (332796)
(dscott@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:  +1 858 550 6000
Facsimile:   +1 858 550-6420

*Attorneys for Defendants Tandem Diabetes Care, Inc., John F. Sheridan, and Leigh A. Vosseller*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY LOWE, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TANDEM DIABETES CARE, INC., JOHN F. SHERIDAN, and LEIGH A. VOSSELLER,<br><br>Defendants. | Case No. 3:23-cv-1657-LL-BLM<br><br>**DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT**<br><br>Judge:        Hon. Linda Lopez<br>Courtroom:   5D<br><br>*Date Action Filed: September 8, 2023* |

Defendants Tandem Diabetes Care, Inc., John F. Sheridan, and Leigh A. Vosseller (collectively, "Defendants") respectfully submit this Request for Entry of Judgment. On February 1, 2024, Co-Lead Plaintiffs Mason Raines, Thomas O. Martel, and Linna Rae Martel ("Plaintiffs"), filed an amended complaint alleging that Defendants violated federal securities laws. (Dkt. No. 16.) On March 11, 2024, Defendants filed a Motion to Dismiss the Amended Complaint. (Dkt. No. 21.) On April 30, 2024, the Court issued an order granting Defendants' Motion to Dismiss

the Amended Complaint with leave to amend. (Dkt. No. 27 (the "Order")). The Order allowed Plaintiffs to file a second amended complaint within thirty days of the Order. However, Plaintiffs did not file any second amended complaint within the time allowed, which expired on May 30, 2024. Accordingly, Defendants hereby request that the Court enter final judgment pursuant to Federal Rule of Civil Procedure 58. A proposed judgment is submitted herewith.

Dated:          June 3, 2024                    COOLEY LLP

                                                By: */s/ Peter Adams*
                                                PETER M. ADAMS (243926)

                                                *Attorneys for Defendants Tandem Diabetes Care, Inc., John F. Sheridan, and Leigh A. Vosseller*