UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY LOWE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TANDEM DIABETES CARE, INC., JOHN F. SHERIDAN, and LEIGH A. VOSSELER,<br><br>Defendants. | Case No.:  23cv1657-LL-BLM<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT**<br><br>**[ECF No. 29]** |

Presently before the Court is Defendants' Tandem Diabetes Care, Inc., John F. Sheridan, and Leigh A. Vosseller (collectively "Defendants") Request for Entry of Judgment. ECF No. 29. Defendants note that in this Court's April 30, 2024 Order Granting Defendants' Motion to Dismiss, the Court afforded Plaintiff thirty days to file an amended complaint. ECF No. 27. That deadline has since passed, but Plaintiff has yet to file an amended complaint. Accordingly, the Court **GRANTS** Defendants' Request and **DISMISSES WITH PREJUDICE** Plaintiff's action in its entirety. This Order concludes the litigation in this matter.

/ / /

/ / /

1

The Clerk of Court **SHALL ENTER JUDGMENT** for Defendants in this matter and **SHALL CLOSE** the file.

Dated:  June 4, 2024

_____
Honorable Linda Lopez
United States District Judge

23cv1657-LL-BLM