

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY LOWE<br><br>Plaintiff,<br>V.<br><br>TANDEM DIABETES CARE, INC.;<br>JOHN F. SHERIDAN; and LEIGH A.<br>VOSSELER<br><br>Defendant. | Civil Action No.   23cv1657-LL-BLM<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendants' Request and DISMISSES WITH PREJUDICE Plaintiff's action in its entirety. Judgment is for the Defendants and the case is hereby closed.

Date:   6/4/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Sudan
                        A. Sudan, Deputy